# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASHLEE MARTSOLF, on behalf of herself and all others similarly situated,** | : : : : | **CIVIL ACTION NO. 1:04-CV-1346** (CLASS ACTION) |
| **Plaintiff** | : : | **(Judge Conner)** |
| v. | : : | |
| **JBC LEGAL GROUP, P.C., et al.,** | : : | |
| **Defendants** | : | |

-----------------------------------------------------------------------------

| | | |
|---|---|---|
| **ASHLEE MARTSOLF, on behalf of herself and all others similarly situated,** | : : : | **CIVIL ACTION NO. 1:05-CV-0819** **(Judge Conner)** |
| **Plaintiff** | : : | |
| v. | : : | |
| **OUTSOURCE RECOVERY MANAGEMENT, INC.,** | : : : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 13th day of October, 2005, upon consideration of the motions of counsel for defendants in the above-captioned cases[1] for leave to withdraw, and of the order of court dated September 1, 2005, directing counsel for defendants to forward copies of the motions to defendants and confer with defendants by September 16, 2005 and to file defendants' objections or a notice of concurrence in the motions by September 30, 2005, and it appearing that counsel for defendants

---

[1] These cases have been consolidated solely for purposes of this order. See FED. R. CIV. P. 42.

has not filed objections or notice of concurrence as of the date of this order, it is hereby ORDERED that counsel for defendants shall file, on or before October 20, 2005, proof of service that counsel forwarded copies of the motions to defendants and conferred with defendants on the ramifications of withdrawal, including the potential for default judgment against unrepresented corporate defendants.[2]

        S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[2] See Eagle Assocs. v. Bank of Montreal, 926 F.2d 1305, 1308 (2d Cir. 1991); see also Simbraw, Inc. v. United States, 367 F.2d 373, 373 (3d Cir. 1966) (per curiam), cited with approval in Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 203 (1993).