IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASHLEE MARTSOLF**, on behalf of herself and all others similarly situated, | : CIVIL ACTION NO. 1:05-CV-0819 |
| | : |
| | : (Judge Conner) |
| v. | : |
| | : |
| **OUTSOURCE RECOVERY MANAGEMENT, INC.,** | : |
| | : |
| **Defendant** | : |

## ORDER

AND NOW, this 6th day of December, 2005, upon consideration of the order of court (Doc. 15) dated October 20, 2005, directing defendant to secure representation of counsel of record on or before November 7, 2005 and advising defendant that failure to do so would result in the entry of default judgment against the unrepresented corporation,[1] and it appearing that defendant has not secured representation of counsel of record as of the date of this order,[2] it is hereby ORDERED that:

1. Defendant shall file a response, on or before January 6, 2006, showing cause why default judgment should not be entered against defendant.

---

[1] See Eagle Assocs. v. Bank of Montreal, 926 F.2d 1305, 1308 (2d Cir. 1991); see also Simbraw, Inc. v. United States, 367 F.2d 373, 373 (3d Cir. 1966) (per curiam), cited with approval in Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 203 (1993)

[2] The court notes that the corporate defendant in the related case is in the process of securing representation. (See Civil Action No. 1:04-CV-1346, Docs. 59-62.) However, the entry of an appearance of record on behalf of Outsource Recovery Management, Inc. in the above-captioned case is likewise required.

2. The Clerk of Court is directed to send this order, via first class mail, to the following:

    a. Outsource Recovery Management, Inc., 2 Broad Street, Sixth Floor, Bloomfield, New Jersey, 07003.

    b. Jack Boyajian, Esquire, Boyajian Law Offices, 2001 Route 17 N, Fifth Floor, Rutherford, New Jersey, 07070.

    c. Karen Wachs, Esquire, Boyajian Law Offices, 2001 Route 17 N, Fifth Floor, Rutherford, New Jersey, 07070.

      /s/ Christopher C. Conner  
    CHRISTOPHER C. CONNER  
    United States District Judge